UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LARRY HOLT,<br><br>        Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; GROUP LONG TERM DISABILITY, LIFE AND SUPPLEMENTAL LIFE PLAN for employees of EXPANETS; and DOES 1 thru 10, inclusive,<br><br>        Defendants. | Case No. SACV09-1411 DOC (ANx)<br><br>(Judge David O. Carter presiding)<br><br>[PROPOSED] PROTECTIVE ORDER APPROVING PARTIES' STIPULATED CONFIDENTIALITY AGREEMENT |

Upon consideration of the Stipulated Confidentiality Agreement for Protective Order between Plaintiff Larry Holt ("Plaintiff") and Defendant Hartford Life and Accident Insurance Company ("Hartford"), attached as Exhibit "A," the Court hereby approves of said Agreement and orders the parties to comply with its terms. Certain documents, materials or information to be produced by Hartford in

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4849-6963-9686 v1

2329784_1

- 1 -

CASE NO. SACV09-1411 DOC (ANX)
[PROPOSED] PROT ORDER APPROVING PARTIES' STIP CONFIDENTIALITY AGMT

1  discovery shall be subject to the parties' Stipulated Confidentiality Agreement with
2  respect to confidentiality and privacy.
3
4  IT IS SO ORDERED.
5
6  DATED: June 18, 2010   _____
7                          UNITED STATES DISTRICT COURT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4849-6963-9686 v1

2329784_1

- 2 -

CASE NO. SACV09-1411 DOC (ANX)
[PROPOSED] PROT ORDER APPROVING
PARTIES' STIP CONFIDENTIALITY AGMT