# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HOLT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; GROUP LONG TERM DISABILITY, LIFE AND SUPPLEMENTAL LIFE PLAN for employees of EXPANETS; and DOES 1 thru 10, inclusive,<br><br>　　　　Defendants. | Case No.  SACV09-1411 DOC (ANx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

The above-referenced action shall be dismissed in its entirety with prejudice as to all defendants, including any defendant previously dismissed without prejudice. The parties are to bear their own respective attorneys' fees and costs.

DATED: July 26, 2010                    ____/s/ David O. Carter_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4813-3301-1974 v1

- 1 -

CASE NO.  CV10-0064 CAS (PJWx)
(PROPOSED) ORDER RE STIP FOR DISMISSAL WITH PREJUDICE OF ENTIRE